## No. 16,320.

### SILER, DOING BUSINESS AS SILER DRILLING COMPANY *v.* HOLLADAY.
(210 P. [2d] 840)

Decided September 26, 1949.   Rehearing denied October 24, 1949.

PER CURIAM.

Judgment affirmed en banc without written opinion.

MR. JUSTICE MOORE not participating.

Mr. A. X. ERICKSON, Mr. DON B. OLIVER, for plaintiff in error.

Messrs. CARPENTER, VIDEON & MOSLEY, for defendant in error.